United States District Court
Southern District of Texas
**ENTERED**
March 13, 2019
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| WELLS FARGO BANK, NATIONAL ASSOCIATION | § § § | |
| Applicant/Plaintiff | § § | |
| v. | § § | CIVIL ACTION NO. 4:19-cv-00444 |
| SONA APIKIAN | § § § | |
| Respondent/Defendant | § | |

## ORDER GRANTING MOTION TO ORDER SERVICE BY THE U.S. MARSHAL IN CALIFORNIA

On this day the Court considered Applicant/Plaintiff Wells Fargo Bank, National Association's ("Wells Fargo") Motion to Order Service by a United States Marshal in the Central District of California pursuant to the Federal Arbitration Act, 9 U.S.C. § 9 and Rule 4 (c)(3) of the Federal Rules of Civil Procedure (the "Motion"). After considering the Motion, the Court is of the opinion that it should be GRANTED.

It is therefore ORDERED that the United States Marshals Service in the Central District of California shall serve the following pleadings, orders and the summons on Respondent/Defendant Sona Apikian, a citizen of California at 7708 Camellia Avenue, North Hollywood, CA 91605 or 130 N. Swall Dr. Apt. 302, Beverly Hills, CA 90211-1961 or wherever she may be found:

    (i)    the Summons in a Civil Action (Doc. 3);

    (ii)    Wells Fargo's Application to Confirm Arbitration Award (Doc. 1);

    (iii)    Order for Conference and Disclosure of Interested Parties (Doc. 11); and

    (iv)    Notice Regarding Initial Disclosure (Doc. 12)

It is further ORDERED that Wells Fargo shall complete all necessary forms and take all necessary steps to facilitate service on Respondent by the U.S. Marshals Service in the Central District of California.

Signed on this the __12th__ day of March, 2019.

_____
The Honorable Keith P. Ellison